UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| KELLY MARIE DUNN,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:24-cv-01556-JNW<br><br><br>ORDER |

Based on the parties' agreement and stipulation, and good cause shown, it is hereby ORDERED as follows:

1. Pursuant to sentence four of 42 U.S.C. § 405(g), the above-captioned case is reverse d and remanded to the Defendant Commissioner of Social Security for further administrative proceedings and a new decision with respect to Plaintiff Kelly Marie Dunn's application for Disability Insurance Benefits and Supplemental Security Income under Titles II and XVI of the Social Security Act, respectively.

2. On remand, the administrative law judge (ALJ) shall:

    a. Offer Plaintiff the opportunity for a hearing,

    b. Take any action necessary to further develop the record, and

Page 1      ORDER - [2:24-cv-01556-JNW]

      c. Issue a new decision.

3. Plaintiff shall be entitled to move for reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED this 7th day of April, 2025.

_____
UNITED STATES DISTRICT COURT

Presented by:

s/ Lars J. Nelson
LARS J. NELSON
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-3717
Fax: (206) 615-2531
lars.nelson@ssa.gov