UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| KELLY MARIE DUNN,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:24-CV-01556-JNW<br><br><br><br>JUDGMENT |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on April 7, 2025.

JUDGMENT is entered for Plaintiff, and this case is closed.

Dated this 7th day of April, 2025.

_____
UNITED STATES DISTRICT COURT

Page 1        JUDGMENT - [2:24-CV-01556-JNW]

Presented by:

s/ Lars J. Nelson
LARS J. NELSON
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-3717
Fax: (206) 615-2531
lars.nelson@ssa.gov